UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL T. TRAIL,

                          Plaintiff,

     vs                                                5:09-CV-1120

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

OLINSKY & SHURTLIFF                 HOWARD OLINSKY, ESQ.
Attorneys for Plaintiff                     JAYA SHURTLIFF, ESQ.
300 South State Street, Suite 520
Syracuse, NY 13202-2060

SOCIAL SECURITY ADMINISTRATION
OFFICE OF REGIONAL GENERAL COUNSEL
Region II                                        ROBERT R. SCHRIVER, ESQ.
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Michael T. Trail, filed this action in October 2009, seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") which denied his application for disability insurance benefits. By Report-Recommendation dated August 17, 2010, the Honorable George H. Lowe, United States Magistrate Judge, recommended that the Commissioner's determination of no disability be vacated and the matter remanded to the agency for further consideration. No objections have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Lowe, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that the Commissioner's determination of no disability is VACATED and the matter is REMANDED to the agency for further consideration.

IT IS SO ORDERED.

United States District Judge

Dated: September 24, 2010
 Utica, New York.